IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES P. RAUB, )
 )
      Plaintiff, )
 )
v. )
 ) Civil Action No. 08-511
COUNTY OF BUTLER, et al., ) Chief Judge Ambrose
 ) Magistrate Judge Bissoon
 )
      Defendants. )

## MEMORANDUM ORDER

James P Raub's ("Raub" or "Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on April 10, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was reassigned to Magistrate Judge Bissoon effective August 1, 2008.

The Magistrate Judge's Report, filed on February 12, 2009, recommended that the Motions to Dismiss filed by Defendants (Docs. 3, 8 and 32) be denied. The parties were allowed ten days from the date of service to file objections. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this _5th_ day of _March_, 2009,

IT IS HEREBY ORDERED that the Motions to Dismiss filed by Defendants (Doc. Docs. 3, 8 and 32) are DENIED.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 36), dated February 12, 2009, is adopted as the opinion of the court.

                                            s/Donetta Ambrose
                                            Donetta Ambrose
                                            Chief U.S. District Judge